Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Gregg Allen Pickar

Docket No. 0864 0:08CR00116-001(PJS)

**Petition on Supervised Release**

COMES NOW **Aaron R. Rotering**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Gregg Allen Pickar** who was sentenced for Bank Robbery on June 8, 2009, by the Honorable Patrick J. Schiltz, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment program
- Mandatory drug testing
- Psychological/psychiatric counseling/treatment
- Employment required
- No firearms or dangerous weapons
- Restitution

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant does not have an acceptable release residence.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

The defendant shall reside for a period of up to 180 days in a residential reentry center as approved by the probation officer and shall observe the rules of that facility.

| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __12th__ day of __June, 2018__, and ordered filed and made a part of the records in the above case. | s/ *Aaron R. Rotering* <br> Aaron R. Rotering <br> U.S. Probation Officer <br> 218-739-0042 |
| s/Patrick J. Schiltz <br> Honorable Patrick J. Schiltz <br> U.S. District Judge | Executed on   June 12, 2018 <br> Place   Fergus Falls <br><br> Approved: <br><br> s/ *Douglas S. Stevens* <br> Douglas S. Stevens <br> Supervising U.S. Probation Officer |